## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR388** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ELOISA CHAVEZ-GARCIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on the motion of Jeffrey L. Thomas, Assistance Federal Public Defender, to withdraw as counsel for the defendant, Eloisa Chavez-Garcia [21]. Since retained counsel, Carlos A. Monzon has entered an appearance for the defendant [20], the motion to withdraw [21] is granted. Jeffrey L. Thomas shall be deemed withdrawn as attorney of record and shall forthwith provide Carlos A. Monzon with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to the defendant's defense.

    **IT IS SO ORDERED.**

    DATED this 26th day of April, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge